**Order entered October 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00113-CV

**RICHARD A. MYERS AND THOMAS J. WOUTERS, Appellant**

**V.**

**BANK MIDWEST, N.A., Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-02904**

## ORDER

The Court has before it appellants' September 25, 2013 notice of incomplete record or, in the alternative, unopposed motion to extend time to file appellants' brief. The Court **GRANTS** the motion. The Court **ORDERS** Annette Reagor, official court reporter for the 68th Judicial District Court, to file the reporter's record requested by appellants' April 19, 2013 letter to her within ten days of the date of this order. Appellants are **ORDERED** to file their brief within thirty days of the filing of the reporter's record.

/s/    ELIZABETH LANG-MIERS
          JUSTICE